773 A.2d 692

IN THE MATTER OF ROBERT W. SPENCER,
AN ATTORNEY AT LAW.

June 25, 2001.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 00–115 concluding that by way of reciprocal discipline **ROBERT W. SPENCER** of **TARRYTOWN, NEW YORK**, who was admitted to the bar of this State in 1966, should be suspended from the practice of law for a period of one year, retroactive to the date of respondent's suspension in the State of New York for conduct that in New Jersey would be in violation of *RPC* 1.15(failure to safekeep property of clients or third parties), *RPC* 5.3(b) (failure to supervise nonlawyer to ensure conduct is compatible with professional standards),and *RPC* 5.3(c) (failure to reasonably investigate circumstances that would disclose past instances of nonlawyer's conduct that were incompatible with professional obligations of a lawyer);

And the Disciplinary Review Board having determined that respondent should not be reinstated to practice in New Jersey until reinstated to practice in New York;

And good cause appearing;

It is ORDERED that **ROBERT W. SPENCER** is suspended from the practice of law for a period of one year and until the further Order of the Court, retroactive to August 16, 1999; and it is further

ORDERED that no petition for reinstatement to practice be submitted to the Disciplinary Review Board unless and until respondent is reinstated in New York; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.